**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
*kevin.maggio@usdoj.gov*

*Main: (856) 757-5026*
*Direct: (973) 986-6708*
*Fax: (856) 968-4917*

September 7, 2026

**Via Electronic Filing**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Garcia Raymundo v. Warden, Delaney Hall Detention Facility***
**No. 26-cv-11516 (RK)**
**Petitioner's Release from ICE Custody**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from its custody on Saturday, September 5, 2026, at approximately 1:31 p.m. We therefore respectfully request that the Court close this matter and lift all temporary restraints. We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
Date: September 8, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)